# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hanna Treder, | No. CV-17-01577-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| American Express Bank FSB, | |
| Defendant. | |

The Court, having reviewed and considered the Stipulation to Dismiss with Prejudice (Doc. 19), and good cause appearing,

**IT IS HEREBY ORDERED** granting the Stipulation. The case is dismissed with prejudice and without costs or attorneys' fees awarded to any party.

Dated this 6th day of November, 2017.

Honorable G. Murray Snow
United States District Judge